**Order entered June 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00138-CV

### IN THE MATTER OF Z.T.

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00919-X**

### ORDER

Appellant appeals from the trial court's order certifying her to be tried as an adult.[1]  Before the Court is appellant's third motion for an extension of time to file her brief on the merits.  She requests a seven-day extension "from the date the Record is supplemented with the missing Exhibits."  The supplemental reporter's record with the exhibits was filed with the Court today.  We **GRANT** appellant's motion **ONLY TO THE EXTENT** that we extend the time to **JUNE 30, 2021**.

---

[1] As reasonably possible, courts of appeal must ensure that juvenile certification appeals are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. FAM. CODE ANN. § 56.01(c), (h-1); s*ee also Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal*, Texas Supreme Court, Misc. Docket No. 15-9156 (Tex. 2015) (which may be accessed at the following address: http://www.txcourts.gov/media/1055398/159156.pdf.).

We specifically caution appellant that failure to file a brief by **June 30, 2021**, may result in the Court abating the appeal and remanding to the trial court for a hearing to determine why appellant's brief has not been filed.

/s/     AMANDA L. REICHEK
        JUSTICE